| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Randolph Ramirez<br>1613 Chelsea Road, Ste. 186<br>San Marino, CA 91108<br>6263212404<br>6267840480<br>297928<br>rrr@4lawrrr.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Melendez Jenny | CASE NO.: 2:18-bk-20374-ER<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/20/2018    Melendez Jenny _____    _____
                    Printed name of Debtor 1              Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2.  ☐  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.


Date: 09/20/2018

Printed name of Debtor 2         Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 2     F 1002-1.EMP.INCOME.DEC

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | | | LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 73437 COMPTON UNIFIED | | | | | | | 758 | E4U | 05-25-2018 | 3468586 |
| EMPLOYEE NAME | | | | EMPLOYEE ID | | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | | |
| MELENDEZ, JENNY LISSETTE | | | | CK6628160 | | S / 01 | S / 00 | 00 | | |

| EARNINGS - COMPENSATION | | | | | | DEDUCTIONS/TAXES/MISC | | |
|---|---|---|---|---|---|---|---|---|
| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT | EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
| N L | ESA | 05-31-2018 | 2,755.00 | | 1,281.00 | PRE-TAX REDUCTIONS | | |
| | | | | | | **EMPLOYEE DEDUCTIONS** | | |
| | | | | | | OASDI DED | 79.42 | 860.25 |
| | | | | | | MEDCAR DED | 18.58 | 201.19 |
| | | | | | | FWT | 150.75 | 1,130.07 |
| | | | | | | SWT | 41.45 | 273.70 |
| | | | | | | **EMPLOYER CONTRIBUTIONS** | | |
| | | | | | | OASDI CON | 79.42 | 860.25 |
| | | | | | | MEDCAR CON | 18.58 | 201.19 |
| | | | | | | SUI | 0.64 | 6.95 |

| ****** LEAVE BALANCES ****** | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | 346.00 | FEDERAL | 1,281.00 | FEDERAL | 12,903.75 | GROSS PAY | 1,281.00 |
| SICK LEAVE | 311.00 | STATE | 1,281.00 | STATE | 12,903.75 | REDUCTIONS | |
| AS OF DATE | 04-30-2018 | MEDI GROSS | 1,281.00 | MEDI GROSS | 13,875.00 | TAXES | 290.20 |
| | | OASDI GROSS | 1,281.00 | OASDI GROSS | 13,875.00 | DEDUCTIONS | |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 1,281.00 | GROSS EARN'S | 13,875.00 | NET PAY | $990.80 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| COMPTON UNIFIED | 501 S SANTA FE AVE | COMPTON, CA 90221 |

COMPTON UNIFIED

NO. 3468586

Date Issued 05-25-2018

Amount
$990.80

*NINE HUNDRED NINETY AND 80/100 DOLLARS

NOT NEGOTIABLE

LOCATION 758
ACCRUAL DATE
05-31-2018
ESA

JENNY LISSETTE MELENDEZ
1225 W. 123RD ST.
LOS ANGELES, CA 90044

NET PAY IN THE AMOUNT OF   $990.80
HAS BEEN DEPOSITED TO YOUR ACCOUN

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 73437 COMPTON UNIFIED | | | | | 758 | E4V | 06-08-2018 | 3569221 |

| EMPLOYEE NAME | EMPLOYEE ID | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES |
|---|---|---|---|---|
| MELENDEZ, JENNY LISSETTE | CK6628160 | S / 01 | S / 00 | 00 |

### EARNINGS - COMPENSATION

| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT |
|---|---|---|---|---|---|
| N M | REGULAR | 05-31-2018 | 2,755.00 | 23.00 | 2,755.00 |
| N L | LONGEVITY | 05-31-2018 | 20.00 | | 20.00 |

### DEDUCTIONS/TAXES/MISC

| EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| **PRE-TAX REDUCTIONS** | | |
| PERS RED | 192.85 | 1,157.10 |
| PERS RED | 1.40 | 8.40 |
| ESA | 1,281.00 | 7,686.00 |
| **EMPLOYEE DEDUCTIONS** | | |
| OASDI DED | 92.63 | 952.88 |
| MEDCAR DED | 21.66 | 222.85 |
| FWT | 64.55 | 1,194.62 |
| SWT | 13.29 | 286.99 |
| CAE | 72.02 | 432.12 |
| TEAMS 911 | 32.15 | 192.90 |
| **EMPLOYER CONTRIBUTIONS** | | |
| PERS CON | 430.99 | 2,585.94 |
| OASDI CON | 92.63 | 952.88 |
| MEDCAR CON | 21.66 | 222.85 |
| SUI | 0.75 | 7.70 |
| WORK COMP | 138.75 | 832.50 |
| METLIFE | 0.90 | 5.40 |
| KAISERONLY | 466.00 | 2,330.00 |
| DELTAHMO | 53.18 | |

| LEAVE BALANCES | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | 346.00 | FEDERAL | 1,299.75 | FEDERAL | 14,203.50 | GROSS PAY | 2,775.00 |
| SICK LEAVE | 295.00 | STATE | 1,299.75 | STATE | 14,203.50 | REDUCTIONS | 1,475.25 |
| AS OF DATE | 05-31-2018 | MEDI GROSS | 1,494.00 | MEDI GROSS | 15,369.00 | TAXES | 192.13 |
| | | OASDI GROSS | 1,494.00 | OASDI GROSS | 15,369.00 | DEDUCTIONS | 104.17 |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 2,775.00 | GROSS EARN'S | 15,369.00 | NET PAY | $1,003.45 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| COMPTON UNIFIED | 501 S SANTA FE AVE | COMPTON, CA 90221 |

---

COMPTON UNIFIED

NO. 3569221

Date Issued 06-08-2018

| Amount |
|---|
| $1,003.45 |

*ONE THOUSAND THREE AND 45/100 DOLLARS

**NOT NEGOTIABLE**

LOCATION 758
ACCRUAL DATE
05-31-2018

JENNY LISSETTE MELENDEZ
1225 W. 123RD ST.
LOS ANGELES, CA 90044

NET PAY IN THE AMOUNT OF    $1,003.45
HAS BEEN DEPOSITED TO YOUR ACCOUN

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | | LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 73437 COMPTON UNIFIED | | | | | | 758 | E4U | 05-25-2018 | 3468586 |

| EMPLOYEE NAME | EMPLOYEE ID | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES |
|---|---|---|---|---|
| MELENDEZ, JENNY LISSETTE | CK6628160 | S / 01 | S / 00 | 00 |

### EARNINGS - COMPENSATION

| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT |
|---|---|---|---|---|---|
| N L | ESA | 05-31-2018 | 2,755.00 | | 1,281.00 |

### DEDUCTIONS/TAXES/MISC

**PRE-TAX REDUCTIONS**

**EMPLOYEE DEDUCTIONS**

| EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| OASDI DED | 79.42 | 860.25 |
| MEDCAR DED | 18.58 | 201.19 |
| FWT | 150.75 | 1,130.07 |
| SWT | 41.45 | 273.70 |

**EMPLOYER CONTRIBUTIONS**

| | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| OASDI CON | 79.42 | 860.25 |
| MEDCAR CON | 18.58 | 201.19 |
| SUI | 0.64 | 6.95 |

### LEAVE BALANCES

| | |
|---|---|
| VACATION | 346.00 |
| SICK LEAVE | 311.00 |
| AS OF DATE | 04-30-2018 |

### CURRENT TAXABLE BALANCES

| | |
|---|---|
| FEDERAL | 1,281.00 |
| STATE | 1,281.00 |
| MEDI GROSS | 1,281.00 |
| OASDI GROSS | 1,281.00 |
| CA SDI GROSS | |
| GROSS EARN'S | 1,281.00 |

### YTD TAXABLE BALANCES

| | |
|---|---|
| FEDERAL | 12,903.75 |
| STATE | 12,903.75 |
| MEDI GROSS | 13,875.00 |
| OASDI GROSS | 13,875.00 |
| CA SDI GROSS | |
| GROSS EARN'S | 13,875.00 |

### CURRENT PAY SUMMARY

| | |
|---|---|
| GROSS PAY | 1,281.00 |
| REDUCTIONS | |
| TAXES | 290.20 |
| DEDUCTIONS | |
| NET PAY | $990.80 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| COMPTON UNIFIED | 501 S SANTA FE AVE | COMPTON, CA 90221 |

---

COMPTON UNIFIED

NO. 3468586

Date Issued 05-25-2018

| Amount |
|---|
| $990.80 |

*NINE HUNDRED NINETY AND 80/100 DOLLARS

LOCATION 758
ACCRUAL DATE
05-31-2018
ESA

**NOT NEGOTIABLE**

JENNY LISSETTE MELENDEZ
1225 W. 123RD ST.
LOS ANGELES, CA 90044

NET PAY IN THE AMOUNT OF    $990.80
HAS BEEN DEPOSITED TO YOUR ACCOUN

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 73437  COMPTON UNIFIED | | | | | 758 | E4V | 06-08-2018 | 3569221 |

| EMPLOYEE NAME | EMPLOYEE ID | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
|---|---|---|---|---|---|
| MELENDEZ, JENNY LISSETTE | CK6628160 | S / 01 | S / 00 | 00 | |

### EARNINGS - COMPENSATION

| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT |
|---|---|---|---|---|---|
| N M | REGULAR | 05-31-2018 | 2,755.00 | 23.00 | 2,755.00 |
| N L | LONGEVITY | 05-31-2018 | 20.00 | | 20.00 |

### DEDUCTIONS/TAXES/MISC

| EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| **PRE-TAX REDUCTIONS** | | |
| PERS RED | 192.85 | 1,157.10 |
| PERS RED | 1.40 | 8.40 |
| ESA | 1,281.00 | 7,686.00 |
| **EMPLOYEE DEDUCTIONS** | | |
| OASDI DED | 92.63 | 952.88 |
| MEDCAR DED | 21.66 | 222.85 |
| FWT | 64.55 | 1,194.62 |
| SWT | 13.29 | 286.99 |
| CAE | 72.02 | 432.12 |
| TEAMS 911 | 32.15 | 192.90 |
| **EMPLOYER CONTRIBUTIONS** | | |
| PERS CON | 430.99 | 2,585.94 |
| OASDI CON | 92.63 | 952.88 |
| MEDCAR CON | 21.66 | 222.85 |
| SUI | 0.75 | 7.70 |
| WORK COMP | 138.75 | 832.50 |
| METLIFE | 0.90 | 5.40 |
| KAISERONLY | 466.00 | 2,330.00 |
| DELTAHMO | 53.18 | |

| LEAVE BALANCES | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | 346.00 | FEDERAL | 1,299.75 | FEDERAL | 14,203.50 | GROSS PAY | 2,775.00 |
| SICK LEAVE | 295.00 | STATE | 1,299.75 | STATE | 14,203.50 | REDUCTIONS | 1,475.25 |
| AS OF DATE | 05-31-2018 | MEDI GROSS | 1,494.00 | MEDI GROSS | 15,369.00 | TAXES | 192.13 |
| | | OASDI GROSS | 1,494.00 | OASDI GROSS | 15,369.00 | DEDUCTIONS | 104.17 |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 2,775.00 | GROSS EARN'S | 15,369.00 | NET PAY | $1,003.45 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| COMPTON UNIFIED | 501 S SANTA FE AVE | COMPTON, CA 90221 |

---

COMPTON UNIFIED

NO. 3569221

Date Issued 06-08-2018

Amount
$1,003.45

*ONE THOUSAND THREE AND 45/100 DOLLARS

NOT NEGOTIABLE

LOCATION 758
ACCRUAL DATE
05-31-2018

JENNY LISSETTE MELENDEZ
1225 W. 123RD ST.
LOS ANGELES, CA 90044

NET PAY IN THE AMOUNT OF  $1,003.45
HAS BEEN DEPOSITED TO YOUR ACCOUNT

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | | LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 73437 COMPTON UNIFIED | | | | | | 758 | E4O | 02-23-2018 | 3022028 |

| EMPLOYEE NAME | EMPLOYEE ID | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES |
|---|---|---|---|---|
| MELENDEZ, JENNY LISSETTE | CK6628160 | S / 01 | S / 00 | 00 |

### EARNINGS - COMPENSATION

| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT |
|---|---|---|---|---|---|
| N L | ESA | 02-28-2018 | 2,755.00 | | 1,281.00 |

### DEDUCTIONS/TAXES/MISC

**PRE-TAX REDUCTIONS**

**EMPLOYEE DEDUCTIONS**

| | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| OASDI DED | 79.42 | 344.10 |
| MEDCAR DED | 18.58 | 80.48 |
| FWT | 150.75 | 484.17 |
| SWT | 41.45 | 109.48 |

**EMPLOYER CONTRIBUTIONS**

| | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| OASDI CON | 79.42 | 344.10 |
| MEDCAR CON | 18.58 | 80.48 |
| SUI | 0.64 | 2.78 |

### ****** LEAVE BALANCES ******

| | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | 282.00 | FEDERAL | 1,281.00 | FEDERAL | 5,161.50 | GROSS PAY | 1,281.00 |
| SICK LEAVE | 343.00 | STATE | 1,281.00 | STATE | 5,161.50 | REDUCTIONS | |
| AS OF DATE | 01-31-2018 | MEDI GROSS | 1,281.00 | MEDI GROSS | 5,550.00 | TAXES | 290.20 |
| | | OASDI GROSS | 1,281.00 | OASDI GROSS | 5,550.00 | DEDUCTIONS | |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 1,281.00 | GROSS EARN'S | 5,550.00 | NET PAY | $990.80 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| COMPTON UNIFIED | 501 S SANTA FE AVE | COMPTON, CA 90221 |

---

COMPTON UNIFIED

NO. 3022028

Date Issued 02-23-2018

| Amount |
|---|
| $990.80 |

*NINE HUNDRED NINETY AND 80/100 DOLLARS

NOT NEGOTIABLE

LOCATION 758
ACCRUAL DATE
02-28-2018
ESA

JENNY LISSETTE MELENDEZ
1225 W. 123RD ST.
LOS ANGELES, CA 90044

NET PAY IN THE AMOUNT OF    $990.80
HAS BEEN DEPOSITED TO YOUR ACCOU

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|
| 73437 | COMPTON UNIFIED | | | 758 | E4N | 02-09-2018 | 2974517 |

| EMPLOYEE NAME | EMPLOYEE ID | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
|---|---|---|---|---|---|
| MELENDEZ, JENNY LISSETTE | CK6628160 | S / 01 | S / 00 | 00 | |

### EARNINGS - COMPENSATION

| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT |
|---|---|---|---|---|---|
| N M | REGULAR | 01-31-2018 | 2,755.00 | 23.00 | 2,755.00 |
| N L | LONGEVITY | 01-31-2018 | 20.00 | | 20.00 |

### DEDUCTIONS/TAXES/MISC

**PRE-TAX REDUCTIONS**

| EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| PERS RED | 192.85 | 385.70 |
| PERS RED | 1.40 | 2.80 |
| ESA | 1,281.00 | 2,562.00 |

**EMPLOYEE DEDUCTIONS**

| | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| OASDI DED | 92.63 | 264.68 |
| MEDCAR DED | 21.66 | 61.90 |
| FWT | 64.55 | 333.42 |
| SWT | 13.29 | 68.03 |
| CAE | 72.02 | 144.04 |
| TEAMS 911 | 32.15 | 64.30 |

**EMPLOYER CONTRIBUTIONS**

| | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| PERS CON | 430.99 | 861.98 |
| OASDI CON | 92.63 | 264.68 |
| MEDCAR CON | 21.66 | 61.90 |
| SUI | 0.75 | 2.14 |
| WORK COMP | 138.75 | 277.50 |
| METLIFE | 0.90 | 1.80 |
| KAISERONLY | 466.00 | 466.00 |
| DELTAHMO | 53.18 | |

| LEAVE BALANCES | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | 282.00 | FEDERAL | 1,299.75 | FEDERAL | 3,880.50 | GROSS PAY | 2,775.00 |
| SICK LEAVE | 343.00 | STATE | 1,299.75 | STATE | 3,880.50 | REDUCTIONS | 1,475.25 |
| AS OF DATE | 01-31-2018 | MEDI GROSS | 1,494.00 | MEDI GROSS | 4,269.00 | TAXES | 192.13 |
| | | OASDI GROSS | 1,494.00 | OASDI GROSS | 4,269.00 | DEDUCTIONS | 104.17 |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 2,775.00 | GROSS EARN'S | 4,269.00 | NET PAY | $1,003.45 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| COMPTON UNIFIED | 501 S SANTA FE AVE | COMPTON, CA 90221 |

---

COMPTON UNIFIED

NO. 2974517

Date Issued 02-09-2018

*ONE THOUSAND THREE AND 45/100 DOLLARS

| Amount |
|---|
| $1,003.45 |

NOT NEGOTIABLE

LOCATION 758
ACCRUAL DATE
01-31-2018

JENNY LISSETTE MELENDEZ
1225 W. 123RD ST.
LOS ANGELES, CA 90044

NET PAY IN THE AMOUNT OF $1,003.45
HAS BEEN DEPOSITED TO YOUR ACCOU

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | | PAY LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 73437 COMPTON UNIFIED | | | | | | 218 | 0374 | 07-25-2017 | 2090736 |

| EMPLOYEE NAME | | | EMPLOYEE ID | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
|---|---|---|---|---|---|---|---|
| MELENDEZ, JENNY LISSETTE | | | CK6628160 | S / 01 | S / 00 | 00 | |

| EARNINGS - COMPENSATION | | | | | | DEDUCTIONS/TAXES/MISC | | |
|---|---|---|---|---|---|---|---|---|
| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT | EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
| N L | ESA | 07-31-2017 | 2,701.00 | | 1,256.00 | PRE-TAX REDUCTIONS | | |
| | | | | | | EMPLOYEE DEDUCTIONS | | |
| | | | | | | OASDI DED | 77.87 | 1,180.91 |
| | | | | | | MEDCAR DED | 18.21 | 276.18 |
| | | | | | | FWT | 186.81 | 1,829.38 |
| | | | | | | SWT | 40.89 | 378.07 |
| | | | | | | EMPLOYER CONTRIBUTIONS | | |
| | | | | | | OASDI CON | 77.87 | 1,180.91 |
| | | | | | | MEDCAR CON | 18.21 | 276.18 |
| | | | | | | SUI | 0.63 | 9.52 |

| ******** LEAVE BALANCES ******** | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | 210.00 | FEDERAL | 1,256.00 | FEDERAL | 17,713.71 | GROSS PAY | 1,256.00 |
| SICK LEAVE | 273.00 | STATE | 1,256.00 | STATE | 17,713.71 | REDUCTIONS | |
| AS OF DATE | 06-30-2017 | MEDI GROSS | 1,256.00 | MEDI GROSS | 19,047.00 | TAXES | 323.78 |
| | | OASDI GROSS | 1,256.00 | OASDI GROSS | 19,047.00 | DEDUCTIONS | |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 1,256.00 | GROSS EARN'S | 19,047.00 | NET PAY | $932.22 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| COMPTON UNIFIED | 501 S SANTA FE AVE | COMPTON, CA 90221 |

---

COMPTON UNIFIED

NO. 2090736

Date Issued 07-25-2017

Amount
$932.22

*NINE HUNDRED THIRTY-TWO AND 22/100 DOLLARS

LOCATION 758
ACCRUAL DATE
07-31-2017
ESA

NOT NEGOTIABLE

JENNY LISSETTE MELENDEZ
1225 W. 123RD ST.
LOS ANGELES, CA 90044

NET PAY IN THE AMOUNT OF    $932.22
HAS BEEN DEPOSITED TO YOUR ACCOUNT.

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | PAY LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 73437 COMPTON UNIFIED | | | | | 758 | EX | 07-10-2017 | 2052204 |
| EMPLOYEE NAME | | | EMPLOYEE ID | | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
| MELENDEZ, JENNY LISSETTE | | | CK6628160 | | S / 01 | S / 00 | 00 | |

| EARNINGS - COMPENSATION | | | | | | DEDUCTIONS/TAXES/MISC | | |
|---|---|---|---|---|---|---|---|---|
| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT | EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
| N M | REGULAR | 06-30-2017 | 2,701.00 | 22.00 | 2,701.00 | PRE-TAX REDUCTIONS | | |
| N L | LONGEVITY | 06-30-2017 | 20.00 | | 20.00 | PERS RED | 189.07 | 1,323.49 |
| | | | | | | PERS RED | 1.40 | 9.80 |
| | | | | | | ESA | 1,256.00 | 8,792.00 |
| | | | | | | EMPLOYEE DEDUCTIONS | | |
| | | | | | | OASDI DED | 90.83 | 1,103.04 |
| | | | | | | MEDCAR DED | 21.24 | 257.97 |
| | | | | | | FWT | 74.53 | 1,642.57 |
| | | | | | | SWT | 13.12 | 337.18 |
| | | | | | | CAE | 72.02 | 504.14 |
| | | | | | | TEAMS 911 | 32.15 | 225.05 |
| | | | | | | EMPLOYER CONTRIBUTIONS | | |
| | | | | | | PERS CON | 377.89 | 2,645.23 |
| | | | | | | OASDI CON | 90.83 | 1,103.04 |
| | | | | | | MEDCAR CON | 21.24 | 257.97 |
| | | | | | | SUI | 0.73 | 8.89 |
| | | | | | | WORK COMP | 136.05 | 952.35 |
| | | | | | | PRUDENTIAL | 0.90 | 6.30 |
| | | | | | | VSP | 14.37 | 100.59 |
| | | | | | | DELTAHMO | 53.18 | |

| ******* LEAVE BALANCES ******* | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | 210.00 | FEDERAL | 1,274.53 | FEDERAL | 16,457.71 | GROSS PAY | 2,721.00 |
| SICK LEAVE | 273.00 | STATE | 1,274.53 | STATE | 16,457.71 | REDUCTIONS | 1,446.47 |
| AS OF DATE | 06-30-2017 | MEDI GROSS | 1,465.00 | MEDI GROSS | 17,791.00 | TAXES | 199.72 |
| | | OASDI GROSS | 1,465.00 | OASDI GROSS | 17,791.00 | DEDUCTIONS | 104.17 |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 2,721.00 | GROSS EARN'S | 17,791.00 | NET PAY | $970.64 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| COMPTON UNIFIED | 501 S SANTA FE AVE | COMPTON, CA 90221 |

COMPTON UNIFIED

NO. 2052204

Date Issued 07-10-2017

Amount $970.64

*NINE HUNDRED SEVENTY AND 64/100 DOLLARS

NOT NEGOTIABLE

LOCATION 758
ACCRUAL DATE
06-30-2017

JENNY LISSETTE MELENDEZ
1225 W. 123RD ST.
LOS ANGELES, CA 90044

NET PAY IN THE AMOUNT OF $970.64
HAS BEEN DEPOSITED TO YOUR ACCOUNT.

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | | | LEAVE ON PAYROLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 73437 | COMPTON UNIFIED | | | | | | E4G | 10-25-2017 | 2440165 |
| EMPLOYEE NAME | | | | EMPLOYEE ID | | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
| MELENDEZ, JENNY LISSETTE | | | | CK6628160 | | S / 01 | S / 00 | 00 | |

EARNINGS - COMPENSATION

| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT |
|---|---|---|---|---|---|
| N L | ESA | 10-31-2017 | 2,755.00 | | 1,281.00 |

DEDUCTIONS/TAXES/MISC

| EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| PRE-TAX REDUCTIONS | | |
| EMPLOYEE DEDUCTIONS | | |
| OASDI DED | 79.42 | 1,738.87 |
| MEDCAR DED | 18.57 | 406.67 |
| FWT | 191.82 | 2,613.69 |
| SWT | 42.55 | 531.83 |
| EMPLOYER CONTRIBUTIONS | | |
| OASDI CON | 79.42 | 1,738.87 |
| MEDCAR CON | 18.57 | 406.67 |
| SUI | 0.64 | 14.02 |

| ******* LEAVE BALANCES ******* | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | 246.00 | FEDERAL | 1,281.00 | FEDERAL | 26,084.85 | GROSS PAY | 1,281.00 |
| SICK LEAVE | 351.00 | STATE | 1,281.00 | STATE | 26,084.85 | REDUCTIONS | |
| AS OF DATE | 09-30-2017 | MEDI GROSS | 1,281.00 | MEDI GROSS | 28,046.34 | TAXES | 332.36 |
| | | OASDI GROSS | 1,281.00 | OASDI GROSS | 28,046.34 | DEDUCTIONS | |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 1,281.00 | GROSS EARN'S | 28,046.34 | NET PAY | $948.64 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| COMPTON UNIFIED | 501 S SANTA FE AVE | COMPTON, CA 90221 |

COMPTON UNIFIED

NO. 2440165

Date Issued 10-25-2017

| Amount |
|---|
| $948.64 |

*NINE HUNDRED FORTY-EIGHT AND 64/100 DOLLARS

LOCATION 758
ACCRUAL DATE
10-31-2017
ESA

NOT NEGOTIABLE

JENNY LISSETTE MELENDEZ
1225 W. 123RD ST.
LOS ANGELES, CA  90044

NET PAY IN THE AMOUNT OF   $948.64
HAS BEEN DEPOSITED TO YOUR ACCOUNT

| | | | | | | |
|---|---|---|---|---|---|---|
| **73437** | **COMPTON UNIFIED** | | | | **E4H** | **11-09-2017** | **2538147** |

| EMPLOYEE NAME | EMPLOYEE ID | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES |
|---|---|---|---|---|
| MELENDEZ, JENNY LISSETTE | CK6628160 | S / 01 | S / 00 | 00 |

### EARNINGS - COMPENSATION

| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT |
|---|---|---|---|---|---|
| N M | REGULAR | 10-31-2017 | 2,755.00 | 22.00 | 2,755.00 |
| N L | LONGEVITY | 10-31-2017 | 20.00 | | 20.00 |

### DEDUCTIONS/TAXES/MISC

**PRE-TAX REDUCTIONS**

| EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| PERS RED | 192.85 | 2,091.11 |
| PERS RED | 1.40 | 64.63 |
| ESA | 1,281.00 | 13,866.00 |

**EMPLOYEE DEDUCTIONS**

| | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| OASDI DED | 92.63 | 1,831.50 |
| MEDCAR DED | 21.66 | 428.33 |
| FWT | 77.05 | 2,690.74 |
| SWT | 13.67 | 545.50 |
| CAE | 72.02 | 648.18 |
| TEAMS 911 | 32.15 | 289.35 |

**EMPLOYER CONTRIBUTIONS**

| | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| PERS CON | 430.99 | 4,470.04 |
| OASDI CON | 92.63 | 1,831.50 |
| MEDCAR CON | 21.66 | 428.33 |
| SUI | 0.75 | 14.77 |
| WORK COMP | 138.75 | 1,539.82 |
| METLIFE | 0.90 | 1.80 |
| VSP | 13.98 | 128.55 |
| DELTAHMO | 53.18 | |

### LEAVE BALANCES

| | |
|---|---|
| VACATION | 258.00 |
| SICK LEAVE | 343.00 |
| AS OF DATE | 10-31-2017 |

### CURRENT TAXABLE BALANCES

| | |
|---|---|
| FEDERAL | 1,299.75 |
| STATE | 1,299.75 |
| MEDI GROSS | 1,494.00 |
| OASDI GROSS | 1,494.00 |
| CA SDI GROSS | |
| GROSS EARN'S | 2,775.00 |

### YTD TAXABLE BALANCES

| | |
|---|---|
| FEDERAL | 27,384.60 |
| STATE | 27,384.60 |
| MEDI GROSS | 29,540.34 |
| OASDI GROSS | 29,540.34 |
| CA SDI GROSS | |
| GROSS EARN'S | 29,540.34 |

### CURRENT PAY SUMMARY

| | |
|---|---|
| GROSS PAY | 2,775.00 |
| REDUCTIONS | 1,475.25 |
| TAXES | 205.01 |
| DEDUCTIONS | 104.17 |
| **NET PAY** | **$990.57** |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| COMPTON UNIFIED | 501 S SANTA FE AVE | COMPTON, CA 90221 |

---

COMPTON UNIFIED

**NO. 2538147**

Date Issued 11-09-2017

| Amount |
|---|
| $990.57 |

*NINE HUNDRED NINETY AND 57/100 DOLLARS

NOT NEGOTIABLE

LOCATION 758
ACCRUAL DATE
10-31-2017

JENNY LISSETTE MELENDEZ
1225 W. 123RD ST.
LOS ANGELES, CA 90044

NET PAY IN THE AMOUNT OF    $990.57
HAS BEEN DEPOSITED TO YOUR ACCOUNT.