1 | Wesley H. Avery, Trustee

2 | 758 E. Colorado Blvd., Suite 210

3 | Pasadena, CA 91101

Telephone: (626) 395-7576

4 | Alexandria@AveryTrustee.com

5 | Chapter 7 Trustee

6

7 | **UNITED STATES BANKRUPTCY COURT**

8 | **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

9 | **In re:**                                    )    Case No. 18-20374-ER
                                                   )
10 | **MELENDEZ, JENNY**                           )                  Chapter 7

11 |                                               )
                                                   )    **NOTICE OF CONTINUED MEETING OF**
12 |                    **Debtor(s).**             )    **CREDITORS AND APPEARANCE OF**
                                                   )    **DEBTOR(S) 11 U.S.C. §341(a)**
13 |                                               )

14 | **TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**
          You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section
15 | 341(a) in the above entitled matter was continued to **November 29, 2018  at 11:00 AM**, located
    at**:** Office of the United States Trustee, **915 Wilshire Blvd., 10ᵗʰ Floor, Los Angeles, CA 90017**
16 | for the reason set forth below:

17 |        ☒    -Copy of most recent mortgage statement;
              -Broker to conduct property inspection;
18 |          -Copy of escrow documents;
              -Marital settlement agreement.
19

20 |   DATED: October 14, 2018                        /s/ Wesley H. Avery
                                                       Wesley H. Avery, Chapter 7 Trustee

21

22 | I certify that I served the within Notice on the above debtor(s), the attorney of record (if any), and
    interested parties on October 14, 2018.

23
                                                       /s/ Alexandria Fitzpatrick
24 |                                                    Alexandria Fitzpatrick, Asset Clerk

25

26

27

    JENNY MELENDEZ
28 | 1225 WEST 123RD STREET
    LOS ANGELES, CA 90044