1 | Wesley H. Avery, Esq. CLS-B (SBN 155724)
758 E. Colorado Bvld. #210
2 | Pasadena, CA  91101
Pasadena, California 91101-4869
3 | Telephone: (626) 395-7576
Facsimile:  (661) 430-5467
4 | wes@averytrustee.com
5 | Chapter 7 Trustee

6 | *Fiducia in faciem dubitationem*

7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

10 |

11 | In re

12 | JENNY MELENDEZ,

13 |             Debtor.

Case No. 2:18-bk-20374-ER
(Honorable Ernest M. Robles)

Chapter 7

**CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GARRETT & TULLY, P.C., AS GENERAL BANKRUPTCY COUNSEL AS OF OCTOBER 16,  2018; STATEMENT OF DISINTERESTEDNESS**

[No Hearing Required - Unless Requested]

(left margin, vertical) **GARRETT & TULLY**
A PROFESSIONAL CORPORATION

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY
JUDGE, THE DEBTOR AND OTHER PARTIES IN INTEREST:**

**W**esley H. Avery, the duly appointed and acting Chapter 7 Trustee (the "Trustee") of the bankruptcy case of Jenny Melendez (the "Debtor") in Case No. 2:18-bk-20374-ER (the "Bankruptcy Case") hereby seeks authority to employ Garrett & Tully, P.C. ("Garrett & Tully"), as General Bankruptcy Counsel, as of October 16, 2018, for the purposes and on the terms as set forth in more fully herein below.

**INTRODUCTION**

1.      Wesley H. Avery is the Chapter 7 Trustee in this case.

2.      The Debtor filed a Voluntary Chapter 7 Petition on September 5, 2018.

3.      The Debtor's schedules in the Bankruptcy Case listed certain real property commonly known as 1225 West 123rd Street, Los Angeles, CA 90044 (the "Property") as an asset.

4.      The Property was previously owned by the Debtor and her former spouse as community property. The Property was transferred to Debtor, and Debtor's mother Clara E. Melendez in 2008. Accordingly, Debtor presently owns 2/3 of the Property, and the Trustee believes there is equity in the Property to be administered for the benefit of the Bankruptcy Estate. According to the Debtor's voluntary petition, the Debtor currently resides at the address.

5.      Upon information and belief, the Property is a single-family residence located in Los Angeles County suitable for sale in the local market. Because the Property is a residential property that can be sold in the local market, and the sale of the Property would lead to a significant return to creditors.

6.      It is necessary for the Trustee to employ Garrett & Tully as counsel for the purpose of assisting the Trustee in efforts to investigate the Property, and file a declaratory relief action regarding the nature of Debtor's interest in the Property if appropriate, for the benefit of the Estate. Garrett & Tully will also advise the Trustee regarding any additional actions related to the administration of the Estate as requested by the Trustee, which are not duties of the Trustee, and are necessary to protect the interests of the Estate.

1    7.    Garrett & Tully is qualified for employment by the Trustee because of its

2  significant experience in bankruptcy and real property matters.

3    **TERMS OF EMPLOYMENT OF GARRETT & TULLY**

4    1.    The Trustee requires the assistance of Garrett & Tully as General Bankruptcy

5  Counsel to assist the Trustee in work relating to the Debtor's Bankruptcy Case, including, but not

6  limited to, the investigation of the Debtor's assets, including, but not limited to the property

7  commonly known as 1225 West 123rd Street, Los Angeles, CA 90044, and to assist the Trustee in

8  relation thereto and related matters for the benefit of the Estate and to investigate any other Estate

9  assets. It is also necessary and appropriate to employ Counsel to offer legal advice to the Trustee

10  and to prosecute any other actions related to the administration of the Estate. Garrett & Tully will

11  also advise the Trustee regarding any additional actions related to the administration of the Estate

12  as requested by the Trustee, which are not duties of the Trustee under Local Rule 2016-2(e).

13    2.    In addition to the legal services described above, Counsel may perform some or all

14  of the following general tasks:

15    a.    Advise the Trustee concerning the rights and remedies of the Estate and of

16  the Trustee in regard to any particular secured, priority or general unsecured claim of a creditor,

17  only after the Trustee has reviewed such claim and determined that there may be a legal issue

18  involving the validity of such a claim;

19    b.    Represent the Trustee in any proceeding or hearing, including, without

20  limitation, in avoidance actions, objections to claims which includes an objection to a claim based

21  upon a legal issue as to the validity of such claim, in the Bankruptcy Court and in any action

22  where the rights of the Estate or the Trustee may be litigated or affected;

23    c.    Assist the Trustee in the settlement of any debts owed to the Debtor only

24  after the Trustee has pursued the collection of such debts and has been unsuccessful;

25    d.    Assist the Trustee in the liquidation of the remaining assets of the Estate

26  which require legal actions; and,

27    e.    Conduct examinations of witnesses, claimants, or adverse parties and

28  prepare and assist in the preparation of reports, accounts, applications and orders only to the extent

GARRETT & TULLY
A PROFESSIONAL CORPORATION

1    such actions are not duties of the Trustee.

2       3.       As demonstrated by the attached Statement of Disinterestedness, Garrett & Tully

3 has no connection with the Debtor of the Bankruptcy Case, nor does it hold or represent an interest

4 adverse to the Bankruptcy Estate and, therefore, is disinterested within the meaning of 11 U.S.C.

5 §101. A resume of Garrett & Tully is attached as Exhibit "A".

6       4.       Garrett & Tully was not paid a retainer, and may only be compensated from the

7 Estate as approved by this Court upon written notice to creditors pursuant to 11 U.S.C. § 330(a).

8 Garrett & Tully proposes to charge the Bankruptcy Estate attorneys' fees at the rates set forth as

9 follows:

10            Zi C. Lin                    $450.00 per hour

11            Adjoa Anim-Appiah         $300.00 per hour

12            Emily Esquivel             $150.00 per hour

13       5.       Garrett & Tully also proposes to charge the Bankruptcy Estate for its actual and

14 necessary out-of-pocket expenses for long distance telephone calls, messenger charges, overnight

15 mail costs, postage, parking expenses, court reporters' fees, VARS charges for transcripts of

16 hearings, charges by the clerk of the court, witness and mileage fees as required by statute,

17 expenses for service of process when necessary, and any payments for costs advanced by Garrett

18 & Tully for the benefit of the Trustee or the Estate. Additionally, Garrett & Tully proposes to

19 charge as out-of-pocket expenses the following items at the following rates:

20            Facsimile                   $1.00 per page

21            Photocopies                $ .20 per page

22            Mileage                   Standard IRS mileage rate

23       6.       Notice of this Application has been given in accordance with the rules of this

24 Court. The reason why approval of employment has been requested effective October 16, 2018, is

25 because that is about when Garrett & Tully began rendering services. Therefore, in accordance

26 with the Office of the U.S. Trustee's Guidelines, this Application has been timely submitted with

27 the United States Trustee within thirty (30) days of the proposed employment date.

28

GARRETT & TULLY
A PROFESSIONAL CORPORATION

1          **CONCLUSION**

2    **WHEREFORE,** the Trustee prays for orders, as follows:

3          1. That the Application is granted;

4          2. That the employment of Garrett & Tully, as of October 16, 2018, is approved under 11

5    U.S.C. § 327 as General Bankruptcy Counsel; and,

6          3. For such other and further relief as the Court deems just and proper.

7

8    DATED:  October 2⁹ 2018

9          WESLEY H. AVERY
          Chapter 7 Trustee

10

11   The undersigned agrees to all of the above.

12   GARRETT & TULLY, P.C.

13

14   By
          ZI C. LIN
15        ADJOA M. ANIM-APPIAH
          [Proposed] Attorneys for Wesley H. Avery, Chapter 7 Trustee

16

17

18

19

20

21

22

23

24

25

26

27

28

GARRETT & TULLY
A PROFESSIONAL CORPORATION

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Zi C. Lin, SBN 236989<br>zlin@garrett-tully.com<br>Adjoa M. Anim-Appiah, SBN 301918<br>aanim-appiah@garrett-tully.com<br>GARRETT & TULLY, P.C.<br>225 S. Lake Ave., Suite 1400<br>Pasadena, California 91101-4869<br>Telephone: (626) 577-9500<br>Facsimile: (626) 577-0813<br><br>[Proposed]<br><br>*Attorney for:* Wesley H. Avery, Chapter 7 Trustee | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re:<br>JENNY MELENDEZ | CASE NO.: 2:18-bk-20374-ER<br>CHAPTER: 7 |
| --- | --- |
| | **STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)** |
| Debtor(s). | [No Hearing Required] |

1. Name, address and telephone number of the professional (Professional) submitting this Statement:

    GARRETT & TULLY, P.C.
    225 S. Lake Avenue, Suite 1400
    Pasadena, CA 91101-4869
    Phone: (626) 577-9500; Facsimile: (626) 577-0813

2. The services to be rendered by the Professional in this case are *(specify)*:
    The Trustee requires the assistance of Garrett & Tully, P.C. ("Garrett & Tully") as General Bankruptcy Counsel to assist the Trustee in the investigation of the Debtor's assets. Garrett & Tully will also advise the Trustee regarding additional actions related to the administration of the Estate as requested by the Trustee.

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:

    Subject to prior court approval after services are rendered and based on availability of funds in the estate.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                Page 1                **F 2014-1.STMT.DISINTEREST.PROF**

4.  The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:

No retainer has been paid or will be paid.

5.  The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:

Review of docket, petition, creditors, and public records.

6.  The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:

None.

7.  The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:

None.

8.  The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9.  The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:

None.

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

Zi C. Lin (SNB 236989), partner
GARRETI & TULLY, P.C.
225 S. Lake Avenue, Suite 1400
Pasadena, CA 91101-4869
Phone: (626) 577-9500; Facsimile: (626) 577-0813

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 2014-1.STMT.DISINTEREST.PROF**

11. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

    None.

12. Total number of attached pages of supporting documentation:  0

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/23/2018 | Zi C. Lin | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 3                          **F 2014-1.STMT.DISINTEREST.PROF**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____  _____  _____
*Date*                  *Printed Name*                                    *Signature*

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

**GARRETT & TULLY, P.C.**
**225 South Lake Avenue, Suite 1400**
**Pasadena, CA 91101**
**(626) 577-9500**

## Zi C. Lin

Mr. Lin is a partner at Garrett & Tully. Mr. Lin received his bachelor's degree from the University of California, Los Angeles and his juris doctor from the University of California, Hastings College of the Law.

Mr. Lin has considerable experience in bankruptcy and real property matters. Mr. Lin represents bankruptcy trustees in bankruptcy cases. He is admitted to all districts of the U.S. Bankruptcy court in California. Mr. Lin has represented debtors and creditors in Chapter 7, Chapter 13 and Chapter 11 bankruptcy cases and appeals.

Mr. Lin has extensive trial and arbitration experience, and has obtained favorable results for clients in California, federal, and bankruptcy courts.

Mr. Lin also has considerable appellate experience. Mr. Lin has worked on appeals which resulted in published/citable opinions pertaining to real estate issues, including: *Kwok v. Transnation Title Ins. Co.* (2009) 170 Cal.App.4th 1562; *Dollinger Deanza Assoc. v. Chicago Title Ins. Co.* (2011) 199 Cal.App.4th 1132; *Security Service Federal Credit Union v. First American Title Co.*, 2012 WL 5954815 (C.D. Cal. Jan. 27, 2012), aff'd *Security Service Federal Credit Union v. First American Title Co.*, 585 Fed. Appx. 591 (9th Cir. 2014); *Liberty National Enterprises, L.P. v. Chicago Title Insurance* (2013) 217 Cal.App.4th 62; *Stockton v. Tope* (2014) 233 Cal.App.4th 437; *Ash v. North American Title Co.* (2014) 223 Cal.App.4th 1258; *Bank of New York Mellon v. Citibank, N.A.* (2017) 8 Cal.App.5th 935; and *Scher v. Burke* (2017) 3 Cal.5th 766.

Mr. Lin is rated "AV Preeminent" by Martindale-Hubbell.

## Adjoa M. Anim-Appiah

Ms. Anim-Appiah is an associate at Garrett & Tully. Her practice areas include bankruptcy, product liability and warranty litigation, business litigation, real estate litigation, and title insurance. She also has experience in personal injury, subrogation, employer defense, and appeals before the California Department of Insurance.

Ms. Anim-Appiah graduated cum laude from The College of Idaho with a Bachelor of Arts in Political Economy and Spanish. She attended Pepperdine University School of Law, where she served on the editorial board for the Journal of the National Association of Administrative Law Judiciary and participated in a number of organizations. Ms. Anim-Appiah completed a legal internship in London, United Kingdom, as part of the Pepperdine University School of Law

London Program. She graduated in 2014 with a Juris Doctorate degree and a certificate in International & Comparative Law.

**<u>Emily M. Esquivel</u>**

Ms. Esquivel is a paralegal at Garrett & Tully. Her practice areas include bankruptcy and real estate litigation.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
225 S. Lake Avenue, Suie 1400 Pasadena, CA  91101

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S APPLICATION
TO EMPLOY GARRETT & TULLY, P.C., AS GENERAL BANKRUPTCY COUNSEL AS OF
OCTOBER 16,  2018; STATEMENT OF DISINTERESTEDNESS** will be served or was served **(a)** on the
judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**10/29/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Randolph R. Ramirez, counsel for Debtor, lawrrr@me.com; United States Trustee (LA)
ustpregion16.la.ecfusdoj.gov

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **10/29/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will
be completed</u> no later than 24 hours after the document is filed.

Randolph R. Ramirez, Esq.                                US Trustee (LA)
LAW OFFICES OF RANDOLPH R. RAMIREZ, P.C.                 915 Wilshire Blvd., Suite 1850
1613 Chelsea Road, Suite 186                             Los Angeles, CA  90017
San Marino, CA  91108
*Counsel for Debtor, Jenny Melendez*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (<u>state method
for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **10/29/18**, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

**VIA FEDERAL EXPRESS**
The Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2018 | Delorise Cameron | /s/ Delorise Cameron |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.